UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIDIA LORA DE ALCANTARA and RICARDO ALCANTARA,<br>                    Plaintiffs,<br><br>                    -v-<br><br>METHODS MACHINE TOOLS, INC., ET AL.,<br>                    Defendants. | 21-CV-1735 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, New York County, on February 26, 2021.  Counsel for the plaintiffs is directed to file an appearance with this Court no later than March 29, 2021.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by March 19, 2021.

SO ORDERED.

Dated: March 12, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge