UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIDIA LORA DE ALCANTARA and
RICARDO ALCANTARA,
                       Plaintiffs,

-v-

METHODS MACHINE TOOLS, INC., et al.,
                       Defendants.

21-CV-1735 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

On November 26, 2021, this case was removed to this Court from New York state court, invoking federal diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Dkt. No. 1.) By letter dated June 2, 2021, Defendants concur with Plaintiffs that complete diversity does not exist and that this case should be remanded back to state court. (Dkt. No. 17.)

Thus, this case is remanded to New York Supreme Court, New York County, pursuant to 28 U.S.C. § 1447(c).

    SO ORDERED.

Dated: June 2, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge